PATTERSON v. CITY OF WATERVLIET. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Action by Bridget Patterson against the city of Watervliet. No opinion. Motion granted.

---

PAUL, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by John H. Paul against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied, with $10 costs.